No. 1039. THE AMERICAN DISAPPEARING BED COMPANY, PETITIONER, *v.* EDWARD ARNAELSTEEN. May 29, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Melville Church* for the petitioner. No appearance for the respondent.

No. 1040. NORMAN MARSHALL, PETITIONER, *v.* THE BRYANT ELECTRIC COMPANY. May 29, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit denied. *Mr. William R. Sears* for the petitioner. *Mr. Charles Howson* and *Mr. Hubert Howson* for the respondent.

No. 1042. THE BRITISH & FOREIGN MARINE INSURANCE COMPANY, LIMITED, PETITIONER, *v.* MALDONADO & COMPANY, INCORPORATED. May 29, 1911. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Archibald G. Thacher* for the petitioner. No appearance for the respondent.